IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDAN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>      Plaintiffs,<br><br>  v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>      Defendants.<br>_____ / | No. C 15-01431 WHA<br><br>**ORDER DENYING STIPULATION AMENDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

    The parties have filed a stipulation proposing to extend the deadline to file a class certification motion by three weeks, and to have that motion briefed and heard over four months, rather than on the normal 35-day calendar. This proposal puts too much pressure on the other deadlines in place, such as the deadline for dispositive motions and the trial date. Accordingly, this request is **DENIED**. This is without prejudice to a more modest proposal.

    **IT IS SO ORDERED.**

Dated: October 6, 2015.

                                                                    WILLIAM ALSUP<br>
                                                                    UNITED STATES DISTRICT JUDGE