IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDAN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class, and on behalf of all aggrieved employees pursuant to the Private Attorney General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 15-01431 WHA<br><br>**ORDER AMENDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

The parties have filed a stipulation seeking an extension of the deadline for plaintiffs to file their class certification motion and extending the briefing schedule for that motion in order to allow time for each party to depose any individuals filing declarations in support of or in opposition to that motion. The parties also seek a continuance of their settlement conference. Good cause shown, the request regarding the briefing schedule is **GRANTED**. All other deadlines remain in place. The parties will not be permitted to rely on this extension as the basis for any further extensions. Any continuance on the settlement conference will need to be sought from Judge Spero.

1. Plaintiffs' motion for class certification shall be filed and served by **JANUARY 13, 2016**;

2. Defendant's opposition is to be filed and served by **FEBRUARY 17, 2016**;

3. Plaintiff's reply is to be filed and served by **MARCH 23, 2016**;

4. The hearing on plaintiff's motion shall be set for **APRIL 7, 2016.**

**IT IS SO ORDERED.**

Dated: October 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2