IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDEN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 15-01431 WHA<br><br>**ORDER GRANTING IN PART REQUEST TO AMEND CLASS CERTIFICATION BRIEFING SCHEDULE** |

A prior order approved the parties' request to extend the briefing schedule for plaintiffs' class certification motion (Dkt. No. 38). The parties have filed a stipulation that would adjust the briefing schedule, but maintain the hearing date. The parties' proposed schedule is hereby **APPROVED**, subject to a modification to the deadline for plaintiffs' reply brief, as follows:

1. Plaintiffs' motion is due **FEBRUARY 5**.

2. Defendant's response is due **MARCH 4**.

3. Plaintiffs' reply is due **MARCH 25**.

**IT IS SO ORDERED.**

Dated:  January 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE