IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDEN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 15-01431 WHA<br><br><br><br><br><br><br><br><br><br>**REQUEST FOR RESPONSE** |

Plaintiffs have filed an ex parte application to extend the deadline to file their reply in support of their motion for class certification and to continue the hearing currently scheduled for April 7 (Dkt. No. 49). Plaintiffs cite defendant's delays in scheduling the depositions of the declarants that supported its opposition to plaintiffs' motion and subsequent delays in receiving the transcripts of those depositions. By **MARCH 24 AT 10:00 A.M.**, defendant shall please respond to plaintiffs' ex parte application.

Dated: March 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE