United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA CLEMENS, JORDEN
SIMENSEN, and ADRIA DESPRES,
individuals, for themselves and all
members of the putative class and on behalf
of aggrieved employees pursuant to the
Private Attorneys General Act ("PAGA"),

       Plaintiffs,

  v.

HAIR CLUB FOR MEN, LLC, a Delaware
corporation, and DOES 1 through 100,
inclusive,

       Defendants.

                          /

No. C 15-01431 WHA

**ORDER GRANTING IN
PART REQUEST TO EXTEND
DEADLINE FOR PLAINTIFFS'
REPLY BRIEF**

     The deadline for plaintiffs to submit their reply in support of their motion to dismiss is

hereby **EXTENDED** to **MARCH 29 AT NOON**.  The hearing on **APRIL 7** remains as scheduled.

Dated:  March 24, 2016.

                                              
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE