IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDEN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 15-01431 WHA<br><br>**ORDER GRANTING IN PART REQUEST TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY BRIEF** |

The deadline for plaintiffs to submit their reply in support of their motion for class certification is hereby **EXTENDED** to **MARCH 29 AT NOON**. The hearing on **APRIL 7** remains as scheduled.

Dated: March 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE