IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDEN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the putative class and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. / | No. C 15-01431 WHA<br><br><br><br><br><br><br><br><br><br>**ORDER AMENDING CLASS DEFINITION** |

Plaintiffs sought to certify a class that would include employees that worked for Hair Club from the start of the class period "until final judgment." Plaintiffs aver that the alleged wage-statement violations are ongoing. To avoid the practical challenges presented by certifying an open-ended class that would encompass any new hire on a rolling basis, the order certifying the class set the cutoff for the class period as May 27, 2015, the date of the complaint. Plaintiffs requested to extend the class period to April 14, 2016, the date of the order certifying the class. Hair Club stated that it does not oppose plaintiffs' request. The proposed cutoff period for the class is hereby extended to April 14, 2016.

**IT IS SO ORDERED.**

Dated: April 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE