1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDAN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the certified class, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiffs,<br><br>v.<br><br>HAIR CLUB FOR MEN, LLC, a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-01431-WHA<br><br>**CLASS ACTION**<br><br>[PROPOSED] JUDGMENT |

## **JUDGMENT**

In accordance with, and for the reasons stated in the Court's Order Granting Final Approval of Class Settlement (Dkt. No. 82), judgment shall be entered whereby Plaintiffs Teresa Clemens, Jordan Simensen, and Adria Despres and all Settlement Class Members shall take nothing from Defendant Hair Club for Men, LLC except as expressly set forth in the Settlement Agreement and the Order Granting Final Approval of Class Action Settlement.

The individuals identified on **Exhibit "1"** are specifically included within, and bound by, this judgment.

The individuals identified on **Exhibit "2"** are specifically excluded from, and not bound by, this judgment because notice could not be delivered to them or because they opted out of the settlement.

The Court hereby retains continuing jurisdiction over the enforcement and administration of this class action settlement.  The Clerk shall please close the file.

**IT IS SO ORDERED.**

DATE: __October 6, 2016._____     _____
                                     HON. WILLIAM ~~H.~~ ALSUP
                                     United States District Judge