# EXHIBIT 1

| FirstName | LastName |
|---|---|
| Tallin | Abram |
| Alberto J | Aguirre |
| Angela Z | Almaraz |
| Ann Marie | Alvarez |
| Catrina | Anchondo |
| Tayarisha | Anderson |
| Carlos | Andrade |
| Dora J | Andrade |
| Sarah | Ara |
| Michael | Arredondo |
| Christine M | Aversa |
| Vanessa | Avina |
| Annahita | Ayria |
| Vardoosh V | Ayvazian |
| Nasser | Babolmoradi |
| Veronica E | Banks |
| Sheena L | Barden |
| Lary James | Bartley |
| Cortnie | Barton |
| Krystal | Bates |
| Latoya D | Bello Jones |
| Rocio | Bernal Yates |
| Cynthia | Betancourt |
| Elizabeth A | Boles |
| Romina A | Bollini |
| Amanda | Breceda |
| Colleen | Brown |
| Suzanne J | Brown |
| Tiffany M | Brown |
| Maya | Caguco |
| Keri | Callahan |
| Briana A | Campos |
| Helen | Campos |
| Vanessa C | Cao |
| Marisol | Capocciama |
| Samira | Carter |
| Tina L | Cates |
| Shu Lan | Cheng |
| Teresa L | Clemens |
| Deborah L | Cole |
| Delma M | Collins |
| Jacqueline | Cruz |
| Kimberly D | Dalton |
| Brooke A | Davila |
| Paula | De La Riva |

| | |
|---|---|
| Adria E | Despres |
| Gabriela | Diaz |
| Jacqueline | Diskin |
| Brittany | Drake |
| Anh N | Duong Ho |
| Rhenesha J | Eagins |
| Ani | Ebrahimianes |
| Sonya M | Ekblad |
| Golnar | Elias |
| Alex | Elizalde |
| Karlo M | Espino |
| Adriana | Ferreira Da Silveira |
| Evelyn | Ferriaolo |
| Christie Jan | Fleisher |
| Erin | Ford |
| Julissa | Fregoso |
| Marie A | Fuentes |
| Ritchie A | Fuentes |
| Kassandra L | Gandara |
| Maria | Garcia |
| Michele | Garcia |
| Miguel | Garcia |
| Yovana | Glavac |
| Alma | Gomez |
| Erin P | Gomez |
| Jessica | Gonzalez |
| Virian | Gonzalez Valdez |
| Cynthia | Gregory |
| Domonick F | Gross |
| Tammie L | Guarnieri |
| Scarleth | Guevara |
| Esperanza | Gurrola |
| Phuong Thi | Ha |
| Jessica | Hernandez |
| Sandra | Herrera |
| Elisa | Howes |
| Thu Maitinh | Huynh |
| Kimberly A | Jackson |
| Laura | Janik |
| Judith G | Jimenez |
| Alexandrea B | Johnson |
| Angel | Justice |
| Sylvia | Kahele |
| Sonia | Karapetian |
| Mane | Kasumyan |
| Jr James E | Kenny |

| | |
|---|---|
| Stephanie | Kilgore |
| Theresa L | Lancaster |
| Trisha L | Landry |
| Chi Lan | Le |
| Stephanie | Lecount |
| Paul | Lenh |
| Viviana | Lopez |
| Lauren J | Lubrano |
| Ngan | Luong |
| Enedina | Magana |
| Lindsey L | Malamut |
| Crystal | Malone |
| Marjorie C | Manuel |
| Janelle | Maramag |
| Erika | Marin |
| Stacy | Marrissette |
| Monica | Martinez |
| Anahid | Matosyan |
| Sherry | Maurer |
| Kristen | Mcmilin |
| Alina | Medina |
| Chelsea | Milburn |
| Megan N | Miller |
| Debra I | Mitchell |
| Alexandra | Montiel |
| Valencia | Morales |
| Kirsten | Morgan |
| Alicia | Moser |
| Tracy | Myrow |
| Remy | Nazaryan |
| Jessica Nary | Ngan |
| Hong | Nguyen |
| Hung | Nguyen |
| Thanh Tan | Nguyen |
| Debbie H | Nicholson |
| Julie Sourichanh | Nomichith |
| Lorena | Ortega |
| Trina | Ortiz |
| Asha A | Osman |
| Terry | Pak |
| Kalena | Perez |
| Lisette | Perez Macias |
| Leeanne M | Petrics |
| Phuong | Phan |
| Lisa | Pierson |
| Melissa S | Poquiz |

| | |
|---|---|
| Jesi | Powers |
| Veronica | Preciado |
| Karla A | Pritchett |
| Margarita | Prokopovich |
| Hillary A | Provenza |
| Natalie | Pulliam |
| Jamie V | Ramires |
| Liliana | Ramirez |
| Deanna R | Ramos |
| Bella | Reznik |
| Amanda C | Richardson |
| Chari P | Risley |
| Ginger | Rivera |
| Jeanne | Ro |
| Faimasasa Tana | Roache |
| Talia | Robles |
| Laurie | Rodriguez |
| Sharon | Ruscigno |
| Krystile | Saldana |
| Elizabeth | Sanchez |
| Natalia | Sanchez |
| Marco | Santos |
| Joel | Seaver |
| Yanira | Shoden |
| Jordan | Simensen |
| Geneva M | Slye |
| Jasmine A | Sorge |
| Savana | Spencer |
| Cindy | Stephens |
| Stephanie Y | Stephens |
| Angela | Stock |
| Dawnette | Tafolla |
| Nalee | Tangi |
| Tony X | Thanh |
| Cynthia | Thomas |
| Susana Y | Toro |
| Cuc T | Tran |
| Ngoc | Trinh |
| Cara | Underwood |
| Angela | Usher |
| Roselia M | Ventura |
| Jasmin | Vergara |
| Kristina Y | Villalobos |
| Veronica | Villegas |
| Tam | Vo |
| Angelia D | Waite |

| | |
|---|---|
| Tayler | Walker |
| Edmonia T | Watkins |
| Jeanette | Wendlandt |
| Taneka | Wood |
| Jennifer A | Yonker |
| Kathleen | Zabalza |
| Mitra | Zade |
| Laura | Zapata |
| Kimberly | Zimmerman |