**EXHIBIT "2"**

| First Name | Last Name |
| --- | --- |
| Faimasasa Tana | Roache |
| Annahita | Ayria |
| Mitra | Zade |
| Helen | Campos |