| | |
|---|---|
| 1 | R. Rex Parris (SBN 96567) |
| | rrparris@parrislawyers.com |
| 2 | Kitty K. Szeto (SBN 258136) |
| | kszeto@parrislawyers.com |
| 3 | John M. Bickford (SBN 280929) |
| | jbickford@parrislawyers.com |
| 4 | Eric N. Wilson (SBN 291815) |
| | ewilson@parrislawyers.com |
| 5 | **PARRIS LAW FIRM** |
| | 43364 10th Street West |
| 6 | Lancaster, California 93534 |
| | Telephone:  (661) 949-2595 |
| 7 | Facsimile:   (661) 949-7524 |
| 8 | Attorneys for Plaintiffs, the Certified Class, and the Aggrieved Employees |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CLEMENS, JORDAN SIMENSEN, and ADRIA DESPRES, individuals, for themselves and all members of the certified class, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA") | Case No. 3:15-cv-01431-WHA |
| | **CLASS ACTION** |
| | **NOTICE OF DISBURSEMENT TO ALL SETTLEMENT CLASS MEMBERS** |
| Plaintiffs, | |
| v. | |
| HAIR CLUB FOR MEN, LLC, a Delaware corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**TO THE COURT AND TO DEFENDANT AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Teresa Clemens, Jordan Simensen, and Adria Despres hereby certify that disbursement of the settlement checks to the Settlement Class Members was completed on November 30, 2016. Attached hereto as **Exhibit "A"** is a true and correct copy of written confirmation by the Settlement Administrator, Simpluris, Inc.

Date: December 1, 2016                                **PARRIS LAW FIRM**

                                                       By:   /s/ *John M. Bickford*
                                                             John M. Bickford

                                                             Attorneys for Plaintiff, the Certified Class,
                                                             and the Aggrieved Employees

Case 3:15-cv-01431-WHA Document 87 Filed 12/01/16 Page 3 of 5

**EXHIBIT "A"**

# Kitty Szeto

| | |
|---|---|
| **From:** | Jarrod Salinas <jsalinas@simpluris.com> |
| **Sent:** | Thursday, December 01, 2016 7:56 AM |
| **To:** | Kitty Szeto; John Bickford; 'McNaught, Andrew'; 'Curley, Justin' |
| **Subject:** | Clemens v. Hair Club For Men - Disbursement Confirmation |

Hello Counsel,

This serves to confirm that the disbursement for the *Clemens v. Hair Club For Men* case was completed November 30, 2016.

Please let me know if you have any questions.

Regards,

Jarrod

**Jarrod Salinas • jsalinas@simpluris.com**
**Simpluris, Inc. | Class Action Settlement Administration**
3176 Pullman Street, Suite 123, Costa Mesa, CA 92626
Toll Free: (800) 779-2104 | Main Office: (714) 824-8590 x1195 | Direct: (714) 640-5643 | Fax: (714) 824-8591
**www.simpluris.com • Privacy Policy**

1

**CERTIFICATE OF SERVICE**

I, John M. Bickford, an attorney, certify that on December 1, 2016, I served the above and foregoing **NOTICE OF DISBURSEMENT TO ALL SETTLEMENT CLASS MEMBERS**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 1st day of December, 2016.

SEYFARTH SHAW LLP
Andrew M. McNaught, Esq.
Justin T. Curley, Esq.
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549
E-mail: amcnaught@seyfarth.com
jcurley@seyfarth.com


/s/ *John M. Bickford*  .
John M. Bickford
